UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 12-00345-01/02/03 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WILLIAM IRAHETA, CHRISTIAN M. GONZALEZ, AND RODOLFO MIRAZ-GARCIA | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation [Doc. No. 76] of the Magistrate Judge having been considered, together with the written objections and responses thereto filed with this Court, and, after a *de novo* review of the record, finding that, to the extent adopted, the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted, and for those additional reasons set forth in this Court's Ruling,

**IT IS ORDERED** that the motion to suppress [Doc. No. 43] filed by Defendant William Iraheta ("Iraheta") is **DENIED**.

**IT IS FURTHER ORDERED** that the motions to suppress [Doc. Nos. 44 & 47] filed by Defendants Christian M. Gonzalez, and Rodolfo Miraz-Garcia are hereby **GRANTED**. The evidence discovered in the bags in Iraheta's trunk on October 27, 2012, is **SUPPRESSED**.

**IT IS FURTHER ORDERED** that the appeal or objection to the Magistrate Judge's March 18, 2013 Order [Doc. No. 74] raised in Iraheta's Objections [Doc. No. 79] is **DENIED**, and the Order is **AFFIRMED.**

MONROE, LOUISIANA, this 11th day of April, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE